An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SYDNEY J. JONES; JERI-LYNN JOHNSON; ESTATE OF ALAN P. JOHNSON; AND SUMMIT FINANCIAL ENTERPRISES,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE GLORIA STURMAN, DISTRICT JUDGE,
Respondents,
and
CHARLES EARLE COOK; PAMELA ANNE COOK; LOIS COOK DEATHERAGE; BARBARA COOK MCCLENEGHAN; CHRISTOPHER MICHAEL HAMMOCK; JONATHAN ANDREW MCCLENEGHAN; SAMUEL JAMES MCCLENEGHAN, IV; SEAN DANIEL MCCLENEGHAN; CAROLYN COOK RUTTER; KRISTEN STOCKWELL STOVESAND; CHARLES LOUIS STOCKWELL; WILLIAM BOWEN STOCKWELL; CARIE ANN COOK; AND SARA COOK GUNNING,
Real Parties in Interest.

No. 63714

**FILED**

FEB 02 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

On September 27, 2013, this court approved the parties' stipulation to stay this writ proceeding pending efforts to settle the underlying district court action. Petitioners have since filed five status reports, the most recent of which explained that the parties have settled the underlying dispute and requested dismissal of this writ proceeding

15-03475

upon the formal dismissal of the underlying case. Petitioners' status report further represented that an order dismissing the underlying case would be presented to the district court in December 2014, after which petitioners would immediately provide this court with a copy of that order. We accept petitioners' representation that the underlying matter has settled and that an order dismissing the action was entered in district court in December 2014. Accordingly, this writ proceeding is hereby dismissed.

It is so ORDERED.[1]

_____, C.J.

cc: Hon. Gloria Sturman, District Judge
Lionel Sawyer & Collins/Las Vegas
Drinker Biddle & Reath LLP
Solomon Dwiggins & Freer
Eighth District Court Clerk

---

[1]We vacate the temporary stay of the district court's June 27 and July 22, 2013, orders in District Court Case No. P-11-071394-T that was imposed by our August 2, 2013, order, and we deny as moot petitioners' motion for a stay of the district court's order regarding sanctions and attorney fees.